**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA ROGERS, | ) No. CV 21-3571-AH (JPR) |
| Plaintiff, | ) **ORDER ACCEPTING MAGISTRATE** |
| v. | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| R. FARLEY et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendants' motion for summary judgment and the related opposition papers, the other records on file herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT

1. Any claims against Defendant Villanueva are dismissed.

2. The motion for summary judgment is denied as to Defendants Farley and Wolf for any actions occurring after Plaintiff was on the ground and granted otherwise.

3. The motion for summary judgment is granted as to

Defendant Ugalde.

4. The reference to the Magistrate Judge is vacated.

5. The clerk serve this Order on all counsel or parties of record.

DATED: DECEMBER 23, 2024

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE