# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA E. ROGERS, | Case No. 2:21-cv-03571-AH (JPR) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| R. FARLEY et al., | |
| Defendants. | |

For the reasons stated in the separate order of dismissal entered on January 30, 2025, this action is dismissed without prejudice for lack of prosecution.

This is a final judgment.

Dated: February 6, 2024

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE